THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HENRY DABBS, Appellant.

We have considered the issues raised by the defendant and find that they are either unpreserved or do not require reversal. Mangano, J. P., Bracken, Brown and Eiber, JJ., concur.